UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) |
| v. | ) No. 4:18 CR 00691-RLW-JMB |
| JOHN OLIVER, | ) ) ) |
| Defendant. | ) |

## GOVERNMENT'S MOTION TO DISMISS

Comes now the United States of America, by and through its attorneys, Jeffrey B. Jensen, United States Attorney for the Eastern District of Missouri, and Linda Lane, Assistant United States Attorney for said District, and respectfully moves the Court to dismiss the indictment without prejudice, pursuant to Rule 48 of the Federal Rules of Criminal Procedure.

Respectfully submitted:

JEFFREY B. JENSEN
United States Attorney

/s/ *Linda Lane*
LINDA R. LANE, # 0011451IA
Assistant United States Attorney
111 S. 10th Street, Room 20.333
St. Louis, Missouri 63102
(314) 539-2200

SO ORDERED:

_____
RONNIE L. WHITE
UNITED STATES DISTRICT JUDGE

Dated: November ___, 2018.

## **CERTIFICATE OF SERVICE**

      I hereby certify that on November 15, 2018, the foregoing was filed electronically with the Clerk of the Court to be served by operation of the Court's electronic filing system upon Diane Dragan, Attorney for Defendant.

                                              /s/ *Linda Lane*
                                              LINDA R. LANE, # 0011451IA
                                              Assistant United States Attorney